ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GE ZHANG,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM,[1] in her official capacity as Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants | Case No. 3:24-cv-08428 RFL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before February 21, 2025. The parties make this request because Defendants need a brief period of additional time to prepare their response.

    The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or April 8, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

C 3:24-cv-08428 RFL                1

1 | parties request that Defendants must file their motion for summary judgment by April 22, 2025.

2 | Dated: February 7, 2025                           Respectfully submitted,[2]

3 |                                                    ISMAIL J. RAMSEY
                                                     United States Attorney
4 |

5 |                                                    /s/ Elizabeth D. Kurlan
                                                     ELIZABETH D. KURLAN
6 |                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
7 |

8 | Dated: February 7, 2025

9 |                                                    /s/ Anna Demidchik
                                                     ANNA DEMIDCHIK
                                                     Attorney for Plaintiff

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1

**[PROPOSED] ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3

4 Date:   February 10, 2025

5                                               RITA F. LIN
                                              United States District Judge